NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE: **JOHN NICHOLAS GROSS**,

*Appellant*

2014-1429

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/771,094.

## JUDGMENT

JOHN NICHOLAS GROSS, Law Office of J. Nicholas Gross, Berkeley, CA, argued pro se.

JOSEPH GERARD PICCOLO, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, MARY L. KELLY, SYDNEY O. JOHNSON, JR., THOMAS W. KRAUSE, JOSEPH MATAL.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and
TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 12, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |